IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR BROWN** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-5883 |
| | : | |
| **WARDEN JOHN DOE, ET AL.** | : | |

## ORDER

This 15th day of April, 2022, it is hereby **ORDERED** that Plaintiff's Motion to Renew (ECF 56) is **DENIED**, without prejudice, as the Federal Detention Center in Philadelphia is not presently accepting transfer for the purpose of civil litigation, because of the recent increase in COVID cases. Furthermore, criminal cases delayed by the pandemic must take priority over civil cases under the Speedy Trial Act. Plaintiff's case will be listed for trial when circumstances allow.

       /s/ Gerald Austin McHugh
United States District Judge