IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 16-5883 |
| | : | |
| **WARDEN JOHN DOE, et al.** | : | |
| Defendants. | : | |
| | : | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

  Kindly withdraw my appearance on behalf of Defendants Warden Gerald May, CO Daniels, CO Somers, CO Halbherr and Major Abello, in the above-referenced matter.

                 Respectfully Submitted,

Date: <u>March 1, 2023</u>           <u>/s/ Jenna Jankowski</u>
                     Jenna Jankowski, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** : | | CIVIL ACTION |
| **Plaintiff,** : | | |
| : | | |
| v. : | | NO. 16-5883 |
| : | | |
| **WARDEN JOHN DOE, et al.** : | | |
| **Defendants.** : | | |
| : | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Withdrawal of Appearance has been filed on ECF and is available for viewing and downloading. I also certify that a copy of the Notice of Withdrawal of Appearance has been served upon the Plaintiff by first class mail, postage prepaid, as follows:

Gartor Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16866
*Plaintiff Pro Se*

Date: <u>March 1, 2023</u>                                                /s/ Jenna Jankowski
                                                                                          Jenna Jankowski, Esquire
                                                                                          Assistant City Solicitor