# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-5883 |
| | : | |
| **WARDEN GERALD MAY, et al** | : | |

## ORDER

This 12th day of July, 2024, given Plaintiff's detention by the Department of Homeland Security, pending his imminent removal from the United States, it is hereby **ORDERED** that the Clerk of Court shall administratively close this action.[1]

                                                   /s/ Gerald Austin McHugh
                                                   United States District Judge

---

[1] Chambers shall determine Plaintiff's present location and accomplish service of this Order.